UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __06/28/2024__

KYLE SENEAR,

                              Plaintiff,

              -against-

C.O. MININNI; C.O. BROGAN; C.O.
JOHN DOE,

                              Defendants.

21-cv-11131 (NSR)

ORDER OF DISMISSAL

NELSON S. ROMÁN, United States District Judge:

On July 10, 2023, the Court issued an Opinion and Order granting Defendants Mininni, Brogan, and John Doe's motion to dismiss Plaintiff Kyle Senear ("Plaintiff")'s Complaint. (*See* ECF No. 29.) Plaintiff was granted leave to file an Amended Complaint on or before August 24, 2023. Plaintiff failed to do so, and in fact nothing has been filed on the docket in nearly a year.

Accordingly, the Court DISMISSES without prejudice the above-captioned action for want of prosecution. Plaintiff's remedy is to commence a new action consistent with this Court's Opinion and Order at ECF No. 29 upon exhaustion of his claims.

The Clerk of the Court is directed to terminate this action, to mail a copy of this order to *pro se* Plaintiff at the address on ECF, and to show service on the docket.

        Dated: June 28, 2024
               White Plains, NY

                         SO ORDERED:

                         _____
                         NELSON S. ROMÁN
                         United States District Judge